# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSE MANUEL DELGADO-MARTINEZ (1),<br><br>              Defendant. | Criminal Case No. 97CR0267-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Jose Manuel Delgado-Martinez is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant issued by Magistrate Judge Ruben B. Brooks is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 8, 2014

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE